| | | | |
|---|---|---|---|
| State v. Dunn† | 2015AP001409 CR | 10–12–2016 | Affirmed |
| State v. Moore† | 2015AP001541 CR | 10–18–2016 | Affirmed |
| State v. Gorak | 2015AP001636 CR | 10–12–2016 | Affirmed |
| State v. Harris | 2015AP001641 | 10–18–2016 | Affirmed |
| Jansa v. Jansa | 2015AP001647 | 10–12–2016 | Affirmed |
| State v. Banuelos | 2015AP001673 CR | 10–20–2016 | Affirmed |
| State v. Walker† | 2015AP001748 CR through 2015AP001749 CR | 10–26–2016 | Affirmed |
| State v. Sato† | 2015AP001815 CR | 10–18–2016 | Affirmed |
| State v. Burnside | 2015AP001841 CR | 10–06–2016 | Affirmed |
| Woznicki v. Moberg | 2015AP001883 | 10–04–2016 | Affirmed |
| Halbman v. Barrock† | 2015AP001904 | 10–12–2016 | Affirmed |
| State v. Caster | 2015AP001965 CR | 10–12–2016 | Affirmed |
| State v. Pritchard | 2015AP002053 CR | 10–20–2016 | Reversed and remanded |
| State v. Jordan | 2015AP002062 CR | 10–06–2016 | Affirmed |
| State v. A.S.W.† | 2015AP002119 | 10–05–2016 | Affirmed |
| State v. J.P.W.† | 2015AP002120 | 10–05–2016 | Affirmed |
| State v. Jackson† | 2015AP002141 CR | 10–21–2016 | Affirmed |
| State v. Hebert† | 2015AP002183 CR | 10–12–2016 | Affirmed |
| State v. Jackson† | 2015AP002210 CR | 10–20–2016 | Affirmed |
| State v. Cooper† | 2015AP002230 CR through 2015AP002232 CR | 10–12–2016 | Affirmed |
| State v. Dull† | 2015AP002251 CR | 10–26–2016 | Affirmed |
| State v. Dixon | 2015AP002307 CR | 10–06–2016 | Reversed and remanded |
| State v. Evans† | 2015AP002315 CR | 10–12–2016 | Affirmed |
| State v. White† | 2015AP002381 CR | 10–26–2016 | Affirmed |
| Roberts v. Stevens Constr. Corp. | 2015AP002441 | 10–27–2016 | Affirmed |
| Sanderson v. Sanderson | 2015AP002472 | 10–20–2016 | Affirmed |
| Gursky v. Warner | 2015AP002494 | 10–20–2016 | Affirmed |
| Born v. Born | 2015AP002519 | 10–06–2016 | Affirmed |

† Petition to review filed.